UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:14-cv-2073 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Presently pending is plaintiff's request to modify the discovery and scheduling order, and motion for a court order that would direct and facilitate telephone interviews between plaintiff and two of his witnesses, both incarcerated.

Plaintiff's request to modify the scheduling order will be granted; however, plaintiff's request for assistance to schedule witness interviews will be denied as premature. Defendant has filed a motion for summary judgment premised on plaintiff's alleged failure to exhaust his administrative remedies. See ECF No. 49. That motion is now fully briefed and submitted for decision by the court. Pending that decision, discovery on plaintiff's substantive claims is unnecessary. Therefore, the current deadlines will be vacated; new deadlines for discovery and the filing of dispositive motions will be made if defendant's motion is denied and this case proceeds on the merits.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to modify the discovery and scheduling order in this action, ECF No. 55, is granted; all deadlines are vacated pending further order of this court.

2. Plaintiff's request for a court order to facilitate his telephone interviews with witnesses, ECF No. 54, is denied without prejudice.

SO ORDERED.

DATED: June 16, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE