UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>C. DAVIS,<br><br>    Defendant. | No. 2:14-cv-2073 MCE AC P<br><br>ORDER REQUESTING FURTHER CLARIFICATION FROM PLAINTIFF RE: HIS APPEARANCE AT THE JUNE 26, 2017 SETTLEMENT CONFERENCE |

This case is set for a settlement conference before United States Magistrate Judge Kendall J. Newman on June 26, 2017. The court previously inquired of plaintiff whether he preferred appearing at the settlement conference in person or electronically. See ECF No. 66. While still incarcerated at Salinas Valley State Prison, plaintiff informed the court that he preferred to appear electronically. See ECF No. 67.

Plaintiff was subsequently transferred to California State Prison Sacramento (CSP-SAC),[1] which is much closer to the federal courthouse where the settlement conference will be held. Therefore, plaintiff will be asked to update his stated preference for participating at the settlement

---

[1] See http://inmatelocator.cdcr.ca.gov/ (Inmate Locator website operated by the California Department of Corrections and Rehabilitation). This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. See Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

1

conference, either in person or by videoconference (which the court has confirmed is available at CSP-SAC).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within ten (10) days after the filing date of this order, complete and file the attached form indicating whether he would like to attend the settlement conference in person or by videoconference.

IT IS SO ORDERED.

DATED: April 25, 2017

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>C. DAVIS,<br><br>    Defendant. | No. 2:14-cv-2073 MCE AC P<br><br><u>PLAINTIFF'S FURTHER NOTICE RE: HIS APPEARANCE AT THE JUNE 26, 2017 SETTLEMENT CONFERENCE</u> |

Please check one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by videoconference.

_____          _____
Date                                                                                          Allen Hammler
                                                                                                      Plaintiff pro se

1