# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN HAMMLER,** | No. 2:14-cv-2073 MCE AC P |
| Plaintiff, | |
| v. | |
| **C. DAVIS,** | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

**Allen Hammler, CDCR # F-73072**, a necessary and material witness in a settlement conference in this case on June 26, 2017, is confined in California State Prison Sacramento, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before U.S. Magistrate Judge Kendall J. Newman at the United States District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on **Monday, June 26, 2017 at 9:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison Sacramento, 100 Prison Road / P.O. Box 290002, Represa CA 95671**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**DATED: May 9, 2017**

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE