UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>              Plaintiff,<br><br>     v.<br><br>C. DAVIS,<br><br>              Defendant. | No. 2:14-cv-2073 MCE AC P<br><br><br>ORDER |

Following a settlement conference on June 26, 2017, the parties stipulated to a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, with each party bearing their own costs and fees. See ECF No. 74. Accordingly, IT IS HEREBY ORDERED that:

    1. This action is dismissed with prejudice; and

    2. The Clerk of Court is directed to close this case.

DATED: June 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1